UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

TONI J. GREENE, individually and as
Parent and Next Friend of B O K A,
Minor, and MICHAEL P. GREENE

CASE NO.: 3:14cv00436

   Plaintiffs,

v.

PIKE ELECTRIC, LLC and
KEVIN T. LUDLAM,

   Defendants.
_____/

## DISCLOSURE STATEMENT

The undersigned counsel for PIKE ELECTRIC, LLC, certifies that this party is a non-governmental corporate party and that:

X   This party's parent corporation, and all publicly held corporations owning 10% of more of this party's stock, are listed here:

   Pike Enterprises, Inc.

OR

   This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_____
Signature of Attorney

_Brennan Donnelly_____
Print Name

_9/12/14_____
Date

Messer Caparello, P.A._____
Name of Firm

2618 Centennial Place_____
Address

Tallahassee, FL  32308_____
City/State/ZIP Code

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of September, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*Brennan Donnelly*
Brennan Donnelly