UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TONI GREENE, individually and as Parent
and Next Friend of B.O.K., a minor, and
MICHAEL P. GREENE,

    Plaintiffs,

v.        Case No. 3:14cv436/MCR/CJK

PIKE ELECTRIC LLC and
KEVIN T LUDLAM,

    Defendants.
_____/

## AMENDED ORDER OF DISMISSAL

This case has been voluntarily dismissed pursuant to the parties' joint stipulation (docs. 35 and 36). The previously entered order of dismissal (doc. 34) is amended to the extent this case is dismissed consistent with the parties' joint stipulation. The Clerk is directed to close the case in its entirety for all purposes.

**ORDERED** on this 2nd day of July, 2015.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**